UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHERRI SMITH     CIVIL ACTION

VERSUS     NO. 19-4962

JCC FULTON DEVELOPMENT, LLC     SECTION: M (2)
d/b/a HARRAH'S HOTEL, *et al.*

## **ORDER & REASONS**

Before the Court is defendants' motion to reconsider this Court's May 20, 2019 Order & Reasons remanding this matter to the Civil District Court for Orleans Parish, State of Louisiana.[1] Pursuant to 28 U.S.C. § 1447(d),

> An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise, except that an order remanding a case to the State court from which it was removed pursuant to section 1442 [federal officer removal] or 1443 [civil rights cases] of this title shall be reviewable by appeal or otherwise.

Section 1447(d) "has been universally construed to preclude not only appellate review but also reconsideration by the district court." *Bender v. Mazda Motor Corp.*, 657 F.3d 1200, 1203 (11th Cir. 2011) (quoting *Seedman v. U.S. Dist. Court for the Cent. Dist. of Cal.*, 837 F.2d 413, 414 (9th Cir. 1988)); *see also New Orleans Public Serv., Inc. v. Majoue*, 802 F.2d 166, 167 (5th Cir. 1986) (holding that a district court is divested of jurisdiction to vacate or reconsider a remand order pursuant to § 1447(d)). This matter was not removed pursuant to either § 1442 or § 1443.[2] Therefore, this Court lacks jurisdiction over defendants' motion to reconsider.

Accordingly, for the foregoing reasons,

IT IS ORDERED that defendants' motion to reconsider (R. Doc. 8) is DISMISSED for lack of jurisdiction.

---

[1] R. Doc. 8.
[2] R. Doc. 1.

New Orleans, Louisiana, this 3rd day of June, 2019.

                                                _____
                                                BARRY W. ASHE
                                                UNITED STATES DISTRICT JUDGE